

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00292-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellant

v.

Ricardo Guadalupe **TENORIO**,
Appellee

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2013CVK001755C1
Honorable Alvino (Ben) Morales, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order granting Appellee Ricardo Guadalupe Tenorio's petition for expunction is REVERSED and judgment is RENDERED denying Appellee Ricardo Guadalupe Tenorio's petition for expunction. Costs of this appeal are taxed against Appellant Ricardo Guadalupe Tenorio.

SIGNED December 17, 2014.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice